UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR619-005 |
| | ) | |
| CHARLES GARNER | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Samuel G. Oliver** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Samuel G. Oliver** be granted leave of absence for the following periods: **August 26, 2019 through September 3, 2019 and October 14, 2019 through October 22, 2019.**

This 15th day of August, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA