IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 619-005 |
| | * | |
| CHARLES GARNER | * | |
| | * | |

**O R D E R**

Before the Court is Defendant Charles Garner's motion to file sentencing memorandum under seal. (Doc. 34.) Defendant seeks to file a sentencing memorandum with confidential medical records and a psychological report. Upon due consideration, Defendant's motion is **GRANTED**. The Clerk is **DIRECTED** to file Defendant's sentencing memorandum under seal.

**ORDER ENTERED** at Augusta, Georgia, this 21st day of January, 2020.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA